NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES FRENEL ISAAC,                  )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-1801
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Hendry
County; James D. Sloan, Judge.

David A. Brener, Fort Myers; and
Christopher E. Cosden, Fort Myers, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox
Assistant Attorney General, Tampa; and
Jonathan S. Tannen, Assistant Attorney
General, Tampa (substituted as counsel of
Record), for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.